

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 JUL 15 PM 4: 02

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JEFFERY TYRONE THOMAS, § <br> § <br> Petitioner, § <br> § <br> v.  § <br> § <br> WILLIAM STEPHENS, Director, § <br> Texas Department of Criminal Justice, § <br> Correctional Institutions Division, § <br> § <br> Respondent. § | 2:15-CV-0208 |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed an application for a writ of habeas corpus challenging a state prison disciplinary decision. On June 29, 2015, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the habeas application be dismissed because petitioner is not eligible for mandatory supervised release and because he did not lose good time as a result of the disciplinary decision. On July 10, 2015, petitioner filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's objections are OVERRULED, and the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the application for a writ of habeas corpus filed by petitioner is DISMISSED.

IT IS SO ORDERED.

ENTERED this _15th_ day of _July_ 2015.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE